CHRISTOPHER COUGHLIN *v.* VICTORIA
KOCH ET AL.
(AC 33407)

Lavine, Bear and Sheldon, Js.

Argued April 9—officially released May 1, 2012

Per Curiam. The judgment is affirmed.

EDGAR TATUM *v.* COMMISSIONER OF CORRECTION
(AC 32198)

Alvord, Espinosa and West, Js.

Argued April 12—officially released May 1, 2012

Per Curiam. The appeal is dismissed.

CARL ALEXANDER *v.* COMMISSIONER
OF CORRECTION
(AC 33655)

DiPentima, C. J., and Gruendel and Sheldon, Js.

Submitted on briefs April 13—officially released May 1, 2012

Per Curiam. The judgment is affirmed.